NO. 07-04-0355-CR

       07-04-0356-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MARCH 14, 2005

______________________________

EARL WAYNE MURPHY, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 251ST DISTRICT COURT OF POTTER COUNTY;

NO. 43,300-C, 35,122-C; HONORABLE PATRICK A. PIRTLE, JUDGE

_______________________________

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

MEMORANDUM OPINION

Pending before this Court are appellant’s motions to dismiss his appeals.  Appellant and his attorney both have signed the document stating that appellant withdraws his notices of appeal.  Tex. R. App. P. 42.2(a).  No decision of this Court having been delivered to date, we grant the motions.  Accordingly, the appeals are dismissed.  No motion for rehearing will be entertained and our mandates will issue forthwith.

Phil Johnson

Chief Justice

Do not publish.